UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**JESUS RAY BROADIE a/k/a
Jessie Ray Broadie,**
        **Plaintiff,**

    v.                                          Case No. 07-C-1107

**DON STRAHOTA, BRUCE A. SIEDSCHLAG,
LT. BROEMEN, ANGELIA KNOLL,
BELINDA SCHRUBBE, MICHAEL THURMAN,
and MICHAEL MEISMER,**
        **Defendants.**

---

## ORDER

      Plaintiff, a state prisoner proceeding pro se, lodged a civil rights complaint under 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis. On January 4, 2008, plaintiff filed a letter in which he requests to consolidate this case with Case Nos. 07-C-742 and 07-C-743. However, plaintiff has not yet filed a single trust account statement containing all of his transactions over the past six months. Thus, I have not assessed an initial partial filing fee and he has not paid it. As such, the court may not take any action that reaches the complaint allegations at this time and plaintiff's request to consolidate will be denied without prejudice. See 28 U.S.C. § 1915(b)(1); Martin v. United States, 96 F.3d 853, 856 (7th Cir. 1996).

      I note that plaintiff made the same request to consolidate in Case Nos. 07-C-742 and 07-C-743. As I noted in the Order discussing his request in those cases, it appears that what plaintiff wishes to do is file one amended complaint for all of his cases. Thus, instead of consolidation, which would mean that plaintiff would have two or three separate cases considered together, plaintiff may wish to voluntarily dismiss one or two of his cases and file

an amended complaint in the case which remains open containing all of his allegations. If plaintiff chooses to voluntarily dismiss the present action, and so notifies the court, then this action will be closed without further action by the court. If the allegations of this action are appropriate for inclusion in another of his cases, plaintiff may add them to his amended complaint in that case.

**For the foregoing reasons,**

**IT IS THEREFORE ORDERED** that plaintiff's request to consolidate is **DENIED WITHOUT PREJUDICE**.

Dated at Milwaukee, Wisconsin, this 11th day of January, 2008.

/s
LYNN ADELMAN
District Judge